# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:04-CR-0090** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **MARC D. HERNANDEZ** | : | |

---------------------------------------------------------------------------

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:05-CR-0231** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **MARC HERNANDEZ** | : | |

## **ORDER**

AND NOW, this 22nd day of June, 2005, upon consideration of the motion (Doc. 89) of the United States to consolidate and continue proceedings in the above-captioned actions, and it appearing that the charges filed in the case docketed at Criminal No. 05-CR-0231 are related to the charges filed in the case docketed at Criminal No. 04-CR-0090, and that the delay in proceedings caused by the consolidation will serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, see 18 U.S.C. § 3161(h)(8), it is hereby ORDERED that the motion (Doc. 89) is GRANTED as follows:

1. The United States shall, on or before July 1, 2005, provide to the Probation Office sufficient information to prepare a consolidated pre-sentence report in the cases docketed at Criminal No. 04-CR-0090 and Criminal No. 05-CR-0231.

2. The Probation Office shall provide to the parties, on or before July 22, 2005, a consolidated pre-sentence report in the cases docketed at Criminal No. 04-CR-0090 and Criminal No. 05-CR-0231.

3. The Court shall schedule this matter for consolidated proceedings, consisting of a guilty plea in the case docketed at Criminal No. 05-CR-0231, and sentencing proceedings in the cases docketed at Criminal No. 04-CR-0090 and Criminal No. 05-CR-0231, upon receipt of a final consolidated pre-sentence report.

4. The Clerk of Court is directed to exclude the appropriate time in the above-captioned actions pursuant to the Speedy Trial Act and this order.  See 18 U.S.C. § 3161(h)(8).


   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge